```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

**GULFPORT ENERGY CORPORATION,**

        Plaintiff,

  vs.                                    Civil Action 2:14-cv-282
                                            Judge Watson
                                            Magistrate Judge

**JOHN L. KOCH,** *et al.***,**

        Defendants.

## REPORT AND RECOMMENDATION

This case was filed on March 10, 2014 but it does not appear that service of process has been completed. On July 11, 2014, plaintiff was ordered to show cause, within fourteen days, why the action should not be dismissed. *Order*, ECF 4.  Plaintiff has made no response to that *Order*.

It is therefore **RECOMMENDED** that this action be dismissed for failure to effect timely service of process.  *See* Fed. R. Civ. P. 4(m).

If any party seeks review by the District Judge of this *Report and Recommendation*, that party may, within fourteen (14) days, file and serve on all parties objections to the *Report and Recommendation*, specifically designating this *Report and Recommendation*, and the part thereof in question, as well as the basis for objection thereto.  28

U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Response to objections must be filed within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b).

The parties are specifically advised that the failure to object to the Report and Recommendation will result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court. *See*, *e.g.*, *Pfahler v. Nat'l Latex Prod. Co.*, 517 F.3d 816, 829 (6th Cir. 2007) (holding that "failure to object to the magistrate judge's recommendations constituted a waiver of [the defendant's] ability to appeal the district court's ruling"); *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005) (holding that defendant waived appeal of district court's denial of pretrial motion by failing to timely object to magistrate judge's report and recommendation). Even when timely objections are filed, appellate review of issues not raised in those objections is waived. *Robert v. Tesson*, 507 F.3d 981, 994 (6th Cir. 2007) ("[A] general objections to a magistrate judge's report, which fails to specify the issues of contention, does not suffice to preserve an issue for appeal . . . .") (citation omitted)).

                                                *s/Norah McCann King*
                                                Norah M<sup>c</sup>Cann King
                                     United States Magistrate Judge

July 31, 2014
Date

2