IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**GULFPORT ENERGY CORPORATION,**

    **Plaintiff,**

vs.
              Civil Action 2:14-cv-282
              Judge Sargus
              Magistrate Judge

**JOHN L. KOCH, et al.,**

    **Defendants.**

### ORDER

  This case was filed on March 10, 2014. Service of process has not been effected on defendants. The United States Magistrate Judge ordered plaintiff to show cause why the action should not be dismissed. *Order*, ECF 4. After plaintiff made no response to that *Order*, the Magistrate Judge recommended that the action be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. *Report and Recommendation*, ECF 5. Although plaintiff was advised of its right to object to that recommendation, plaintiff has not objected. The Court will consider the matter *de novo*. *See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b).

  Because plaintiff has not effected service of process within the time required by Rule 4(m) of the Federal Rules of Civil Procedure, the claims asserted in this action must be dismissed.

  The *Report and Recommendation*, ECF 5, is **ADOPTED AND AFFIRMED**.

  This action is **DISMISSED**, without prejudice.

  The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

                9-10-2014
              Edmund A. Sargus, Jr., JUDGE
              UNITED STATES DISTRICT COURT