AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**GULFPORT ENERGY CORPORATION,**

       **Plaintiff,**

**v.**

**JOHN L. KOCH, et al.,**

       **Defendants.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO.   2:14-cv-282**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE NORAH MCCANN KING**

\_\_\_\_  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

      **Pursuant to the ORDER filed September 10, 2014, JUDGMENT is hereby entered DISMISSING this case.**

Date:  September 10, 2014                 JOHN P. HEHMAN, CLERK

                                      */S/ Andy F. Quisumbing*
                                      (By) Andy F. Quisumbing
                                      Courtroom Deputy Clerk